CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

**FILED**

Sep 15, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorney for Deborah Ann Martinez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 20-mj-135 KJN |
| Plaintiff, | |
| vs. | DEFENDANT'S WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR VIA VIDEO TELECONFERENCE |
| DEBORAH ANN MARTINEZ, | |
| Defendant. | DATE:   September 15, 2020<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr. |

Pursuant to CARES Act §15002(b), DEBORAH ANN MARTINEZ, by and through her counsel of record, Clemente M. Jiménez, consents to proceed with her initial appearance in magistrate court via video teleconference. Counsel has advised Ms. Martinez of her right to be personally present for her hearing, and also discussed waiving her personal appearance and appearing via video teleconference. Ms. Martinez waives her right to personally appear at her initial appearance on September 15, 2020 and consents to appear by video teleconference.

Pursuant to Gen. Order 616, counsel for Ms. Martinez has signed this waiver on her behalf.


DATED:      September 14, 2020        /s/     Deborah Ann Martinez
                                      DEBORAH ANN MARTINEZ


20mj135.consent to video appear.0914                    - 1 -

1

2   I agree and consent to Ms. Martinez' appearance by video teleconference.

3

4   DATED:        September 14, 2020        /S/      Clemente M. Jiménez
                                            CLEMENTE M. JIMÉNEZ
5                                           Attorney for Deborah Ann Martinez

6

7

8                                    **ORDER**

9            IT IS SO ORDERED.

10

11   Dated:  September 14, 2020

12                                           _____
                                            CAROLYN K. DELANEY
13                                           UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28