UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

December 15, 2022

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

DEBORAH ANN MARTINEZ,

Defendant.

Case No.  2:20-cr-00174-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DEBORAH ANN MARTINEZ,

Case No. 2:20-cr-00174-TLN-03, Charges 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 4, from

custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

__X__    (Other): TIME SERVED.


Issued at Sacramento, California on December 15, 2022.


By: _____

District Judge Troy L. Nunley