CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Deborah Martinez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>DEBORAH MARTINEZ, et al.,<br><br>       Defendants | Case No.: 2:20-cr-174 TLN<br><br>STIPULATION AND ORDER MODIFYING TERM OF SUPERVISED RELEASE<br><br>Date:    December 15, 2022<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney James Conolly, counsel for plaintiff United States of America, and attorney Clemente M. Jiménez, counsel for defendant Deborah Martinez, that the terms of supervised release should be corrected to reflect the statutory maximum one-year period of supervised release as to Count Two.  US Probation brought this issue to the parties' attention shortly after imposition of sentence.

WHEREFOR, the parties request the Court order Ms. Martinez subject to a three-year term of supervised release as to Count 1, and a one-year term of supervised release as to Count Two, to run concurrently, for an aggregate term of three years of supervised release.

//

//

Phillip Talbert
United States Attorney

DATED:        December 15, 2022          By:    */s/  James Conolly*
                                                            By JAMES CONOLLY
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff
                                                            United States of America


DATED:        December 15, 2022          */s/  Clemente M. Jiménez*
                                                            CLEMENTE M. JIMÉNEZ
                                                            Attorney for Deborah Martinez


## ORDER

The Court having, received, read, and considered the parties' stipulation, and good cause appearing therefrom,

IT IS SO ORDERED, that Defendant be subject to a three-year term of supervised release as to Count 1, and a one-year term of supervised release as to Count Two, to run concurrently, for an aggregate term of three years of supervised release.


This 15th day of December, 2022.


Troy L. Nunley
United States District Judge